UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

AARON LEE EADS                    )
                                  )
    *Plaintiff*,            )
                                  )
v.                                )        No. 3:08-cv-287
                                  )        *Phillips*
                                  )
DAVID RAY, et al.                 )
                                  )
    *Defendants*.          )

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the defendants' motion for summary judgment is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **ENTER:**

                                                               s/ Thomas W. Phillips
                                                       United States District Judge

ENTERED AS A JUDGMENT
     *s/ Patricia L. McNutt*
        CLERK OF COURT